FILED

AUG 26 2016

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

**UNITED STATES BANKRUPTCY APPELLATE PANEL**

**OF THE NINTH CIRCUIT**

> **FILED**
>
> **Sep 12, 2016**
>
> CLERK, U.S. DISTRICT COURT
> EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| In re: | ) | BAP Nos.   EC-16-1158 |
| | ) | EC-16-1159 |
| YOUSIF H. HALLOUM, | ) | EC-16-1162 |
| | ) | EC-16-1163 |
| Debtor. | ) | EC-16-1164 |
| | ) | EC-16-1165 |
| ——————————————— | ) | |
| | ) | |
| YOUSIF H. HALLOUM, | ) | Bk. No.   12-21477-C-7 |
| | ) | |
| Appellant, | ) | District No. 2:16-mc-0153 WBS AC (PS) |
| v. | ) | |
| | ) | **ORDER TRANSFERRING MOTION** |
| | ) | **TO UNITED STATES DISTRICT** |
| MICHAEL G. KASOLAS, chapter 7 | ) | **COURT FOR LIMITED PURPOSE** |
| trustee; BANK MIDWEST, N.A.; | ) | **OF RULING ON MOTION** |
| UNITED STATES TRUSTEE, | ) | **UNDER 28 U.S.C. § 1915** |
| | ) | |
| Appellees. | ) | |
| ——————————————— | ) | |

Before:   TAYLOR and KIRSCHER, Bankruptcy Judges.

The Panel has received appellant's request to proceed in forma pauperis in these appeals.

These appeals are properly before the Bankruptcy Appellate Panel ("BAP") under 28 U.S.C. § 158.  As no party filed a timely election to have the appeals heard by the United States District Court under 28 U.S.C. § 158(c), jurisdiction lies with the BAP.

Under the holding of <u>Perroton v. Gray (In re Perroton)</u>, 958 F.2d 889 (9th Cir. 1992) and <u>Determan v. Sandoval (In re Sandoval)</u>, 186 B.R. 490, 496 (9th Cir. BAP 1995), the BAP has no authority to grant in forma pauperis motions under 28 U.S.C. § 1915(a) because bankruptcy courts are not "court[s] of the United

States" as defined in 28 U.S.C. § 451.

However, the district court[1] has authority to allow a person to file an appeal without prepayment of the filing fee.  See 28 U.S.C. § 1915(a).

Therefore, appellant's motion is hereby TRANSFERRED to the United States District Court for the Eastern District of California for the limited purpose of ruling on appellant's motion.  It is appellant's responsibility to take all necessary steps to have this matter considered by the district court within thirty (30) days from the date of this order.

After the district court issues its decision, appellant is directed to notify the BAP of the district court ruling.  If the district court denies the application, appellant will have twenty-one (21) days from the date of the district court order to pay the appeal filing fee to the clerk of the bankruptcy court or these appeals will be dismissed.  If the fee is paid or the district court grants appellant's motion, these appeals will then proceed before the BAP.

For the convenience of the district court, copies of the motion, the notices of appeal, and the orders on appeal are attached to this order.

---

[1] The district courts have original jurisdiction over bankruptcy cases and proceedings, 28 U.S.C. § 1334, and may exercise that jurisdiction notwithstanding that a district court may choose to refer bankruptcy matters to the bankruptcy judges for the district.  28 U.S.C. § 157(d).

FORM EDC2850 Bankruptcy Appeal Transmittal Form (v.8.14)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



## BANKRUPTCY APPEAL TRANSMITTAL FORM

**Case Number:** 12–21477 – C – 7

**DCN:** MLG–26

Debtor Name(s) and Address(es):

Yousif H. Halloum
111 Silver Could Pl
Danville, CA 94526

TO:     Bankruptcy Appellate Panel of the Ninth Circuit
        125 S. Grand Ave., Pasadena, CA 91105 ((626) 229–7225).

FROM:   U.S. Bankruptcy Court
        Eastern District of California District Office No. 0972

Bankruptcy Judge (who signed the order): Christopher M. Klein

Date Notice of Appeal Filed: 6/2/16

Date of Entry of Order Appealed From: 5/27/16

Date Bankruptcy Case Filed: 1/26/12

Date Notice of Appeal and Notice of Referral of Appeal Mailed to Parties: 5/27/16

Filing Fee Paid?  No

Dated:
6/6/16

For the Court,
Wayne Blackwelder , Clerk

FORM EDC3071 Certificate of Notice (v.1.15)                                                                    12-21477 – C – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814
(916) 930-4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



---

# CERTIFICATE OF NOTICE

---

Case Number:     12–21477 – C – 7                                      DCN:     MLG–26

---

Debtor Name(s) and Address(es):

Yousif H. Halloum
111 Silver Could Pl
Danville, CA 94526

---

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the Notice of Appeal to the Bankruptcy Appellate Panel of the Ninth Circuit, filed on June 2, 2016, were transmitted to BNC for service today to the following parties at their respective addresses as shown in the Court's records.

Office of the U.S. Trustee          Yousif H. Halloum                Michael Kasolas
501 I St #7–500                     111 Silver Cloud Place           PO Box 26650
Sacramento CA 95814                 Danville, CA 94526               San Francisco, CA 94126

Hilton Ryder                        Scott H. McNutt                  David I. Katzen
McCormick, Barstow, Sheppard        McNutt Law Group LLP             1990 N. California Boulevard, Suite 600
5 River Park Place East             219 9th Street                   Walnut Creek, CA 94596
Fresno, CA 93720                    San Francisco, CA 94103

Scott Reddie
7647 North Fresno Street
Fresno, CA 93720

---

Dated:                              For the Court,
6/6/16                              Wayne Blackwelder , Clerk



**Form 1.**     **Notice of Appeal to BAP Ninth Circuit Pasadena from a Judgment or Order of a District Court**

FILED

JUN - 2 2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

United States Bankruptcy Court Eastern District of California - Sacramento

File Numbers: 12-21477

|  |  |  |
|---|---|---|
| **YOUSIF H. HALLOUM**, et al., | ) | |
| | ) | |
| Appellants | ) | **NOTICE OF APPEAL** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **McCORMICK BARSTOW LLP, et al**) | | |
| | ) | |
| Appellees | ) | |

Notice is hereby given that YOUSIF H. HALLOUM (Debtor) in the above named case, hereby appeal to BAP for the NINTH Circuit final judgment from a Disposition "ORDER ON MOTION TO LIMIT ABANDONMENT OF PERSONAL PROPERTY PURSUANT TO 11 U.S.C. SEC 554(c)" entered in this action on the **27** day of **May, 2016.**

Dated: June 2, 2016

                                      Debtor in Pro Se

Yousif H. Halloum

Address: 111 Silver Cloud Pl
              Danville, CA 94526



FILED

MAY 27 2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                              )   Case No.   12-21477-C-7
                                    )
YOUSIF H. HALLOUM,                  )
                                    )
            Debtor.                 )
                                    )
                                    )
                                    )
_____ )

**ORDER ON MOTION TO LIMIT ABANDONMENT OF PERSONAL PROPERTY**

**PURSUANT TO 11 U.S.C. § 554(c)**

Upon consideration of the chapter 7 trustee's motion to limit abandonment, cause has been established for granting the motion under 11 U.S.C. § 554(c) to provide that no claim or cause of action included in the bankruptcy estate of Yousif Halloum shall be abandoned in conjunction with closing the case. Accordingly,

IT IS ORDERED THAT no claim or cause of action that is property of the bankruptcy estate of Yousif Halloum in this Case No. 12-21477 shall be abandoned as otherwise provided by 11 U.S.C. § 554(c) at the time is closed; and

IT IS FURTHER ORDERED that Yousif Halloum has no standing to prosecute a claim or cause of action that is property of the bankruptcy estate in Case No. 12-12477; and

IT IS FURTHER ORDERED that only a chapter 7 trustee has standing to prosecute a claim or cause of action that is property of the estate in Case No. 12-12477 and that, in the event that any claim or cause of action that becomes appropriate to prosecute after the case is closed and the trustee

3

1  discharged, the case may be reopened pursuant to 11 U.S.C.
2  § 350(b) and a chapter 7 trustee may be appointed to deal with
3  the matter; and

4      IT IS FURTHER ORDERED that this order is without prejudice
5  to a motion by Yousif Halloum to obtain abandonment of any claim
6  or cause of action that is property of the estate in Case No.
7  12-12477 pursuant to 11 U.S.C. § 554(b), which may only be
8  requested by motion upon notice to all parties in interest.

9

10 DATE: May 27, 2016            _____
11                     UNITED STATES BANKRUPTCY JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

4

1

2

### INSTRUCTIONS TO CLERK OF COURT
### SERVICE LIST

3          The Clerk of Court is instructed to send the
attached document, via the BNC, to the following parties:

4

5

6  Yousif H. Halloum
111 Silver Cloud Place
Danville, California 94526

7

8  Michael Kasolas
PO Box 26650
San Francisco, California 94126

9

10  Hilton Ryder
McCormick, Barstow, Sheppard
5 River Park Place East

11  Fresno, California 93720

12  Scott H. McNutt
McNutt Law Group LLP

13  219 9th Street
San Francisco, California 94103

14

15  David I. Katzen
1990 N. California Boulevard, Suite 600
Walnut Creek, California 94596

16

17  Scott Reddie
7647 North Fresno Street
Fresno, California 93720

18

19

20

21

22

23

24

25

26

27

28

FORM EDC2850 Bankruptcy Appeal Transmittal Form (v.8.14)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



# BANKRUPTCY APPEAL TRANSMITTAL FORM

**Case Number:**      12–21477 – C – 7                     **DCN:**

Debtor Name(s) and Address(es):

Yousif H. Halloum
111 Silver Could Pl
Danville, CA 94526

TO:       Bankruptcy Appellate Panel of the Ninth Circuit
          125 S. Grand Ave., Pasadena, CA 91105 ((626) 229–7225).

FROM:     U.S. Bankruptcy Court
          Eastern District of California District Office No. 0972

Bankruptcy Judge (who signed the order):  Christopher M. Klein

Date Notice of Appeal Filed:  6/2/16

Date of Entry of Order Appealed From:  5/27/16

Date Bankruptcy Case Filed:  1/26/12

Date Notice of Appeal and Notice of Referral of Appeal Mailed to Parties:  5/27/16

Filing Fee Paid?  No

Dated:                              For the Court,
6/6/16                              Wayne Blackwelder , Clerk

FORM EDC3071 Certificate of Notice  (v.1.15)                                                        12–21477 – C – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



# CERTIFICATE OF NOTICE

**Case Number:**     12–21477 – C – 7                          DCN:

Debtor Name(s) and Address(es):

Yousif H. Halloum
111 Silver Could Pl
Danville, CA 94526

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the Notice of Appeal to the Bankruptcy Appellate Panel of the Ninth Circuit, filed on 6/2/16, were transmitted to BNC for service today to the following parties at their respective addresses as shown in the Court's records.

Office of the US Trustee
501 I Street, Suite 7–500
Sacramento, CA 95814

Edmund Gee
Office of the US Trustee
501 I Street, Suite 7–500
Sacramento, CA 95814

Yousif H. Halloum
111 Silver Cloud Place
Danville, CA 94526

Michael Kasolas
PO Box 26650
San Francisco, CA 94126

Hilton Ryder
McCormick, Barstow, Sheppard
5 River Park Place East
Fresno, CA 93720

Scott H. McNutt
McNutt Law Group LLP
219 9th Street
San Francisco, CA 94103

David I. Katzen
1990 N. California Blvd, Suite 600
Walnut Creek, CA 94596

Scott Reddie
7647 North Fresno Street
Fresno, CA 93720

Dated:
6/6/16

For the Court,
Wayne Blackwelder , Clerk

8

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

       The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Yousif H. Halloum
111 Silver Cloud Place
Danville, California 94526

Michael Kasolas
PO Box 26650
San Francisco, California 94126

Hilton Ryder
McCormick, Barstow, Sheppard
5 River Park Place East
Fresno, California 93720

Scott H. McNutt
McNutt Law Group LLP
219 9th Street
San Francisco, California 94103

David I. Katzen
1990 N. California Boulevard, Suite 600
Walnut Creek, California 94596

Scott Reddie
7647 North Fresno Street
Fresno, California 93720

Edmund Gee
Office of the US Trustee
501 I Street, Suite 7-500
Sacramento, CA 95814



**Form 1.    Notice of Appeal to BAP Ninth Circuit Pasadena from a Judgment or Order of a District Court**

United States Bankruptcy Court Eastern District of California - Sacramento

File Numbers: 12-21477

```
FILED

JUN - 2 2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
```

| | |
|---|---|
| **YOUSIF H. HALLOUM**, et al.,    ) | |
|                         ) | |
|         Appellants      ) | **NOTICE OF APPEAL** |
|                         ) | |
| Vs.                         ) | |
|                         ) | |
| **McCORMICK BARSTOW LLP, et al**)  | |
|                         ) | |
|         Appellees       ) | |

Notice is hereby given that YOUSIF H. HALLOUM (Debtor) in the above named case, hereby appeal to BAP for the NINTH Circuit final judgment from a Disposition "ORDER ON MOTION FOR MIDWEST BANK TO RETURN THE OVER PAYMENTS MADE DURING CHAPTER 11 PROCEEDINGS" entered in this action on the **27** day of **May, 2016.**

Dated: June 2, 2016

Debtor in Pro Se

Yousif H. Halloum

Address: 111 Silver Cloud Pl
Danville, CA 94526

5

FILED

MAY 27 2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                                          )        Case No.   12-21477-C-7
                                                )
YOUSIF H. HALLOUM,                              )
                                                )
                    Debtor.                     )
                                                )
                                                )
                                                )
─────────────────────────────────              )

**ORDER ON MOTION FOR MIDWEST BANK TO RETURN THE OVER PAYMENTS**

**MADE DURING CHAPTER 11 PROCEEDINGS**

Upon consideration of the motion, Dckt. No. 1009, by the debtor to require return of $232,351.04 in payments made during the chapter 11 phase of this case, this court is persuaded that the subject payments that were made as cash collateral payments were appropriate and that Bank Midwest did not receive the full value of its collateral.  The debtor's theory about the effect of 11 U.S.C. § 506(c) in light of an appraisal made during the case does not vitiate the validity of the payments that were made.

Accordingly, the motion is DENIED.

DATE: May 27, 2016

_____
UNITED STATES BANKRUPTCY JUDGE

3

12-21477 – C – 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



# BANKRUPTCY APPEAL TRANSMITTAL FORM

**Case Number:**     12–21477 – C – 7                **DCN:**

Debtor Name(s) and Address(es):

Yousif H. Halloum
111 Silver Could Pl
Danville, CA 94526

TO:      Bankruptcy Appellate Panel of the Ninth Circuit
         125 S. Grand Ave., Pasadena, CA 91105 ((626) 229–7225).

FROM:    U.S. Bankruptcy Court
         Eastern District of California District Office No. 0972

Bankruptcy Judge (who signed the order):  Christopher M. Klein

Date Notice of Appeal Filed:  6/2/16

Date of Entry of Order Appealed From:  5/27/16

Date Bankruptcy Case Filed:  1/26/12

Date Notice of Appeal and Notice of Referral of Appeal Mailed to Parties:  5/27/16

Filing Fee Paid?  No

Dated:                          For the Court,
6/6/16                          Wayne Blackwelder , Clerk

FORM EDC3071 Certificate of Notice  (v. 1.15)                                                                        12-21477 - C - 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814
(916) 930-4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



# CERTIFICATE OF NOTICE

**Case Number:**   12-21477 - C - 7                                         **DCN:**

Debtor Name(s) and Address(es):

Yousif H. Halloum
111 Silver Could Pl
Danville, CA 94526

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the Notice of Appeal to the Bankruptcy Appellate Panel of the Ninth Circuit, filed on 6/2/16, were transmitted to BNC for service today to the following parties at their respective addresses as shown in the Court's records.

| | | |
|---|---|---|
| Office of the US Trustee<br>501 I Street, Suite 7-500<br>Sacramento, CA 95814 | Edmund Gee<br>Office of the US Trustee<br>501 I Street, Suite 7-500<br>Sacramento, CA 95814 | Yousif H. Halloum<br>111 Silver Cloud Place<br>Danville, CA 94526 |
| Michael Kasolas<br>PO Box 26650<br>San Francisco, CA 94126 | Hilton Ryder<br>McCormick, Barstow, Sheppard<br>5 River Park Place East<br>Fresno, CA 93720 | Scott H. McNutt<br>McNutt Law Group LLP<br>219 9th Street<br>San Francisco, CA 94103 |
| David I. Katzen<br>1990 N. California Boulevard, Suite 600<br>Walnut Creek, CA 94596 | Scott Reddie<br>7647 North Fresno Street<br>Fresno, CA 93720 | |

Dated:
6/6/16

For the Court,
Wayne Blackwelder , Clerk

8



**Form 1.**    **Notice of Appeal to BAP Ninth Circuit Pasadena from a Judgment or Order of a District Court**

FILED

JUN - 2 2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

United States Bankruptcy Court Eastern District of California - Sacramento

File Numbers: 12-21477

| | |
|---|---|
| **YOUSIF H. HALLOUM**, et al., ) | |
| ) | |
| Appellants ) | **NOTICE OF APPEAL** |
| ) | |
| Vs. ) | |
| ) | |
| **McCORMICK BARSTOW LLP, et al**) | |
| ) | |
| Appellees ) | |

Notice is hereby given that YOUSIF H. HALLOUM (Debtor) in the above named case, hereby appeal to BAP for the NINTH Circuit final judgment from a Disposition "ORDER ON TRUSTEE'S FINAL REPORT" entered in this action on the 27 day of **May, 2016.**

Dated: June 2, 2016

       Debtor in Pro Se

Yousif H. Halloum

Address: 111 Silver Cloud Pl
       Danville, CA 94526



MAY 27 2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                                    )     Case No.  12-21477-C-7
                                          )
YOUSIF H. HALLOUM,                        )
                                          )
               Debtor.                    )
                                          )
                                          )
                                          )
                                          )

## ORDER ON TRUSTEE'S FINAL REPORT

Upon consideration of Trustee's Final Report, Dckt. No. 995, and the limited opposition made by the United States trustee, Dckt. No. 1011, subject to the need to make any appropriate adjustments on account of fee awards made after the date the final report was filed, the report is approved.

DATE: May 27, 2016

_____
UNITED STATES BANKRUPTCY JUDGE

3

1

2

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

3

4

        The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

5

6   Yousif H. Halloum
    111 Silver Cloud Place
7   Danville, California 94526

8   Michael Kasolas
    PO Box 26650
9   San Francisco, California 94126

10  Hilton Ryder.
    McCormick, Barstow, Sheppard
11  5 River Park Place East
    Fresno, California 93720

12  Scott H. McNutt
    McNutt Law Group LLP
13  219 9th Street
    San Francisco, California 94103

14
    David I. Katzen
15  1990 N. California Boulevard, Suite 600
    Walnut Creek, California 94596
16
    Scott Reddie
17  7647 North Fresno Street
    Fresno, California 93720
18
    Edmund Gee
19  Office of the US Trustee
    501 I Street, Suite 7-500
20  Sacramento, CA 95814

21

22

23

24

25

26

27

28

FORM EDC2850 Bankruptcy Appeal Transmittal Form (v.8.14)                                    12-21477 - C - 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814
(916) 930-4400
M-F 9:00 AM - 4:00 PM
www.caeb.uscourts.gov



## BANKRUPTCY APPEAL TRANSMITTAL FORM

**Case Number:**       12-21477 - C - 7                         **DCN:**    DIK-9

Debtor Name(s) and Address(es):

Yousif H. Halloum
111 Silver Could Pl
Danville, CA 94526

TO:       Bankruptcy Appellate Panel of the Ninth Circuit
          125 S. Grand Ave., Pasadena, CA 91105 ((626) 229-7225).

FROM:     U.S. Bankruptcy Court
          Eastern District of California District Office No. 0972

Bankruptcy Judge (who signed the order): Christopher M. Klein

Date Notice of Appeal Filed: 6/2/16

Date of Entry of Order Appealed From: 5/27/16

Date Bankruptcy Case Filed: 1/26/12

Date Notice of Appeal and Notice of Referral of Appeal Mailed to Parties: 5/27/16

Filing Fee Paid? No

Dated:                                  For the Court,
6/6/16                                  Wayne Blackwelder , Clerk

FORM EDC3071 Certificate of Notice (v.1.15)                                                                    12-21477 - C - 7

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3-200
Sacramento, CA 95814
(916) 930-4400
M–F 9:00 AM ~ 4:00 PM
www.caeb.uscourts.gov



## CERTIFICATE OF NOTICE

Case Number:   **12–21477 – C – 7**                                DCN:   **DIK–9**

Debtor Name(s) and Address(es):

Yousif H. Halloum
111 Silver Could Pl
Danville, CA 94526

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of the Notice of Appeal to the Bankruptcy Appellate Panel of the Ninth Circuit, filed on 6/2/16, were transmitted to BNC for service today to the following parties at their respective addresses as shown in the Court's records.

Office of the U.S. Trustee
501 I St #7-500
Sacramento CA 95814

Yousif H. Halloum
111 Silver Cloud Place
Danville, CA 94526

Michael Kasolas
PO Box 26650
San Francisco, CA 94126

Hilton Ryder
McCormick, Barstow, Sheppard
5 River Park Place East
Fresno, CA 93720

Scott H. McNutt
McNutt Law Group LLP
219 9th Street
San Francisco, CA 94103

David I. Katzen
1990 N. California Blvd, Suite 600
Walnut Creek, CA 94596

Scott Reddie
7647 North Fresno Street
Fresno, CA 93720

Dated:
6/6/16

For the Court,
Wayne Blackwelder , Clerk

10



**Form 1.    Notice of Appeal to BAP Ninth Circuit Pasadena from a
Judgment or Order of a District Court**

United States Bankruptcy Court Eastern District of California - Sacramento

File Numbers: 12-21477

FILED

JUN - 2 2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **YOUSIF H. HALLOUM**, et al.,    ) | |
| ) | |
| Appellants    ) | **NOTICE OF APPEAL** |
| ) | |
| Vs.    ) | |
| ) | |
| **McCORMICK BARSTOW LLP, et al)** | |
| ) | |
| Appellees    ) | |

Notice is hereby given that YOUSIF H. HALLOUM (Debtor) in the above named case,
hereby appeal to BAP for the NINTH Circuit final judgment from a Disposition "ORDER ON
MOTION FOR SANCTIONS" entered in this action on the **27 day of May, 2016.**

Dated: June 2, 2016

Debtor in Pro Se

Yousif H. Halloum

Address: 111 Silver Cloud Pl
Danville, CA 94526

6



FILED

MAY 27 2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                              )      Case No.  12-21477-C-7
                                    )
YOUSIF H. HALLOUM,                  )      Dckt. Control No. DIK-9
                                    )
          Debtor.                   )
                                    )
                                    )
                                    )
_____   )

## ORDER ON MOTION FOR SANCTIONS

Upon consideration of the Motion for Sanctions filed by Bank Midwest, Dckt. Control No. DIK-9, the Court concludes that the motion is meritorious.

The debtor filed a motion styled "Motion for Midwest Bank to Return the Over Payments Made During Chapter 11 Proceedings" seeking return of $232,351.04 in payments made pursuant to a cash collateral order entered during the chapter 11 phase of this case.  Bank Midwest gave them notice pursuant to Federal Rule of Bankruptcy Procedure 9011(c)(1) that sanctions would be sought if the motion was not withdrawn.  The motion was not withdrawn.

The debtor's motion lacks substantial merit and presents claims that are not warranted by existing law.

The debtor simply does not understand the relevant bankruptcy law.  An undersecured creditor may still have rights with respect to cash collateral that may properly be the subject of a cash collateral order in a chapter 11 case.

In addition, if disgorgement of cash collateral is appropriate, the chapter 7 trustee is the person with standing

3

1   to pursue those rights.

2       The record establishes that there is no chance of a
3   distribution pursuant to 11 U.S.C. § 726(a)(6) to the debtor.
4   Accordingly, he is not "injured in fact" and lacks standing to
5   have made the motion for return of funds in the first instance.

6       The sanction awarded under Rule 9011(c)(2) should be
7   tailored to what is sufficient to deter repetition of the
8   challenged conduct.  Here, the debtor is so deeply in debt that
9   monetary sanctions would mean little.  Moreover, he is a self-
10  represented litigant.

11      This Court concludes that the appropriate measure is to
12  require that permission of the Court be obtained before further
13  motions are filed by the debtor in this case.  This limitation
14  does not affect the ability of the debtor to make motions in the
15  various appeals that they are prosecuting.

16      SO ORDERED.

17

18  DATE: May 27, 2016                    _____
                                          UNITED STATES BANKRUPTCY JUDGE
19

20

21

22

23

24

25

26

27

28

2

4

1

2

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

3          The Clerk of Court is instructed to send the
attached document, via the BNC, to the following parties:

4

5

6   Yousif H. Halloum
    111 Silver Cloud Place
    Danville, California 94526

7

8   Michael Kasolas
    PO Box 26650
    San Francisco, California 94126

9

    Hilton Ryder
10  McCormick, Barstow, Sheppard
    5 River Park Place East
11  Fresno, California 93720

12  Scott H. McNutt
    McNutt Law Group LLP
13  219 9th Street
    San Francisco, California 94103

14

    David I. Katzen
15  1990 N. California Boulevard, Suite 600
    Walnut Creek, California 94596

16

    Scott Reddie
17  7647 North Fresno Street
    Fresno, California 93720

18

19

20

21

22

23

24

25

26

27

28

5

FORM EDC850ap Bankruptcy Appeal Transmittal Form (v.8.14)                                    15-02091 – C – 0

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3–200
Sacramento, CA 95814
(916) 930–4400
M–F 9:00 AM – 4:00 PM
www.caeb.uscourts.gov



## BANKRUPTCY APPEAL TRANSMITTAL FORM

| | |
|---|---|
| In re<br><br>Yousif H. Halloum<br><br>Debtor(s). | **Bankruptcy Case No.**<br><br>12–21477 – C – 7 |
| Yousif "Joe" Halloum<br>et al.<br><br>Plaintiff(s),<br><br>v.<br><br>Katzen & Schuricht<br>et al.<br><br>Defendant(s). | **Adversary Proceeding No.**<br><br>15–02091 – C<br><br>**DCN:** |

TO:    Bankruptcy Appellate Panel of the Ninth Circuit
        125 S. Grand Ave., Pasadena, CA 91105 ((626) 229–7225).

FROM:  U.S. Bankruptcy Court
          Eastern District of California District Office No. 0972

Bankruptcy Judge (who signed the order): Christopher M. Klein

Date Notice of Appeal Filed: 6/2/16

Date of Entry of Order Appealed From: 5/27/16

Date Bankruptcy Case Filed: 1/26/12

Date Notice of Appeal and Notice of Referral of Appeal Mailed to Parties: 5/27/16

Filing Fee Paid? No

Dated:
6/6/16

For the Court,
Wayne Blackwelder , Clerk

FORM EDC3071 Certificate of Notice (v.1.15)                                                                    15-02091 − C − 0

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3−200
Sacramento, CA 95814
(916) 930−4400
M−F 9:00 AM − 4:00 PM
www.caeb.uscourts.gov



---

## CERTIFICATE OF NOTICE

| In re<br><br>Yousif H. Halloum<br><br>Debtor(s). | **Bankruptcy Case No.**<br><br>12−21477 − C − 7 |
|---|---|
| Yousif "Joe" Halloum<br>et al.<br><br>Plaintiff(s),<br><br>v.<br><br>Katzen & Schuricht<br>et al.<br><br>Defendant(s). | **Adversary Proceeding No.**<br><br>15−02091 − C<br><br>**DCN:** |

The undersigned clerk in the Office of the United States Bankruptcy Court for this district hereby certifies that copies of
the Notice of Appeal to the Bankruptcy Appellate Panel of the Ninth Circuit, filed on 6/2/16, were transmitted to BNC for
service today to the following parties at their respective addresses as shown in the Court's records.

Office of the U.S. Trustee
501 I St #7−500
Sacramento CA 95814

Yousif H. Halloum •
111 Silver Cloud Place
Danville, CA 94526

Michael Kasolas •
PO Box 26650
San Francisco, CA 94126

Hilton Ryder •
McCormick, Barstow, Sheppard
5 River Park Place East
Fresno, CA 93720

Scott H. McNutt •
McNutt Law Group LLP
219 9th Street
San Francisco, CA 94103

David I. Katzen •
1990 N. California Boulevard, Suite 600
Walnut Creek, CA 94596

Scott Reddie
7647 North Fresno Street
Fresno, CA 93720

Dated:
6/6/16

For the Court,
Wayne Blackwelder , Clerk

9



**Form 1.**   **Notice of Appeal to BAP Ninth Circuit Pasadena from a Judgment or Order of a District Court**

FILED

JUN – 2 2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

United States Bankruptcy Court Eastern District of California – Sacramento

File Numbers: 15-2091

| | | |
|---|---|---|
| **YOUSIF H. HALLOUM, et al.,** | ) | |
| | ) | |
| Appellants | ) | **NOTICE OF APPEAL** |
| | ) | |
| Vs. | ) | |
| | ) | |
| **McCORMICK BARSTOW LLP, et al)** | | |
| | ) | |
| Appellees | ) | |

Notice is hereby given that YOUSIF H. HALLOUM (Debtor) in the above named case, hereby appeal to BAP for the NINTH Circuit final judgment from a Disposition "ORDER ON MOTION TO COMPEL" entered in this action on the **27** day of **May, 2016.**

Dated: June 2, 2016

Debtor in Pro Se

Yousif H. Halloum

Address: 111 Silver Cloud Pl

Danville, CA 94526

6



MAY 27 2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:                                     )
                                           )
YOUSIF H. HALLOUM,                         )
                                           )
        Debtor.                            )    Case No.   15-22271-C-7
                                           )
                                           )    Adv. Case No.   15-2091
                                           )
YOUSIF H. HALLOUM and                      )
IMAN Y. HALLOUM,                           )
                                           )
        Plaintiff(s),                      )
                                           )
v.                                         )
                                           )
HILTON A. RYDER, et al.,                   )
                                           )
        Defendant(s).                      )
                                           )

### ORDER ON MOTION TO COMPEL

The debtor has asked for a full accounting of the trustee's administration of the case in the above-captioned adversary proceeding, Dckt. 287.

The trustee responds that the debtor already has access to all the information to which he is legitimately entitled. This court agrees. The United States trustee has carefully reviewed the full accounting of the administration of the case.

The debtor has a heightened animus against the trustee and has attempted to sue the trustee in other forums without the prior permission of this court.

Under these circumstances, the motion is DENIED.

SO ORDERED.

DATE: May 27, 2016

UNITED STATES BANKRUPTCY JUDGE

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**INSTRUCTIONS TO CLERK OF COURT**
**SERVICE LIST**

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

Yousif H. Halloum
111 Silver Cloud Place
Danville, California 94526

Michael Kasolas
PO Box 26650
San Francisco, California 94126

Hilton Ryder
McCormick, Barstow, Sheppard
5 River Park Place East
Fresno, California 93720

Scott H. McNutt
McNutt Law Group LLP
219 9th Street
San Francisco, California 94103

David I. Katzen
1990 N. California Boulevard, Suite 600
Walnut Creek, California 94596

Scott Reddie
7647 North Fresno Street
Fresno, California 93720

5

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

Robert T Matsui United States Courthouse
501 I Street, Suite 3−200
Sacramento, CA 95814
(916) 930−4400
M−F 9:00 AM − 4:00 PM
www.caeb.uscourts.gov



## BANKRUPTCY APPEAL TRANSMITTAL FORM

| | | |
|---|---|---|
| **Case Number:**  12−21477 − C − 7 | **DCN:** | MLG−25 |

**Debtor Name(s) and Address(es):**

Yousif H. Halloum
111 Silver Could Pl
Danville, CA 94526

TO:    Bankruptcy Appellate Panel of the Ninth Circuit
       125 S. Grand Ave., Pasadena, CA 91105 ((626) 229−7225).

FROM:  U.S. Bankruptcy Court
       Eastern District of California District Office No. 0972

Bankruptcy Judge (who signed the order):  Christopher M. Klein

Date Notice of Appeal Filed:  6/3/16

Date of Entry of Order Appealed From:  5/27/16

Date Bankruptcy Case Filed:  1/26/12

Date Notice of Appeal and Notice of Referral of Appeal Mailed to Parties:  5/27/16

Filing Fee Paid?  No

Dated:
6/6/16

For the Court,
Wayne Blackwelder , Clerk

7



**Form 1.** **Notice of Appeal to BAP Ninth Circuit Pasadena from a Judgment or Order of a District Court**

United States Bankruptcy Court Eastern District of California - Sacramento

FILED

File Numbers: 12-21477

JUN - 3 2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **YOUSIF H. HALLOUM**, et al., | ) | |
| | ) | |
| Appellants | ) | **NOTICE OF APPEAL** KVAS |
| | ) | |
| Vs. | ) | |
| | ) | |
| **McCORMICK BARSTOW LLP**, et al) | | |
| | ) | |
| Appellees | ) | |

Notice is hereby given that YOUSIF H. HALLOUM (Debtor) in the above named case, hereby appeal to BAP for the NINTH Circuit final judgment from a Disposition "ORDER ON CHAPTER 7 TRUSTEE'S FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES" entered in this action on the **27 day of May, 2016.**

Dated: June 3, 2016

Debtor in Pro Se

Yousif H. Halloum

Address: 111 Silver Cloud Pl

Danville, CA 94526

FILED

MAY 27 2016

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

1

2          UNITED STATES BANKRUPTCY COURT

3              EASTERN DISTRICT OF CALIFORNIA

4

5    In re:                              )    Case No.   12-21477-C-7
                                         )
6    YOUSIF H. HALLOUM,                  )    Dckt. Control No. MLG-25
                                         )
7              Debtor.                    )
                                         )
8                                        )
                                         )
9    _____ )

10        **ORDER ON CHAPTER 7 TRUSTEE'S FIRST AND FINAL APPLICATION FOR**

11            **COMPENSATION AND REIMBURSEMENT OF EXPENSES**

12        The chapter 7 trustee has made an application for final

13   compensation, Dckt. Control No. MLG-25. There is a strong

14   presumption that the full amount of the fees permitted by 11

15   U.S.C. § 326 is reasonable.  11 U.S.C. § 330(a)(7).  Here, the

16   proposed distribution will operate to reduce the proposed

17   compensation by about 25 percent.  It follows that there is an

18   even stronger presumption that the requested fee is reasonable.

19        The Court has carefully reviewed the trustee's 20 page

20   description of the case and adopts the description as an

21   accurate representation of what transpired in this unique case.

22        The debtor's opposition and contention that the trustee

23   defectively performed his duties is not grounded in reality.

24        Accordingly, the full amount requested, $104,537.18 in fees

25   and $1,542.26 in expenses, is awarded.

26        SO ORDERED.

27

28   DATE: May 27, 2016

                              _____
                              UNITED STATES BANKRUPTCY JUDGE

3

1
2

### INSTRUCTIONS TO CLERK OF COURT
### SERVICE LIST

3
4

The Clerk of Court is instructed to send the attached document, via the BNC, to the following parties:

5
6

Yousif H. Halloum
111 Silver Cloud Place
Danville, California 94526

7
8

Michael Kasolas
PO Box 26650
San Francisco, California 94126

9
10
11

Hilton Ryder
McCormick, Barstow, Sheppard
5 River Park Place East
Fresno, California 93720

12
13

Scott H. McNutt
McNutt Law Group LLP
219 9th Street
San Francisco, California 94103

14
15

David I. Katzen
1990 N. California Boulevard, Suite 600
Walnut Creek, California 94596

16
17

Scott Reddie
7647 North Fresno Street
Fresno, California 93720

18
19
20
21
22
23
24
25
26
27
28

4

Case 2:16-mc-00153-MCE-AC   Document 1   Filed 09/12/16   Page 34 of 35

View the [ Full Docket ]

**General Docket**
**U. S. Bankruptcy Appellate Panel for the Ninth Circuit**

| | |
|---|---|
| **Bankruptcy Appellate Panel Docket #:** 16-1165 | **Docketed:** 06/09/2016 |
| Halloum v. Bank Midwest, N.A. | |
| **Appeal From:** California Eastern - Sacramento | |
| **Fee Status:** fee due | |

**Case Type Information:**
   **1)** Bankruptcy
   **2)** Chapter 7 Non-Business
   **3)** null

**Originating Court Information:**
   **District:** 0972-2 : 12-21477-C-7
   **Trial Judge:** Christopher M Klein, Chief Bankruptcy Judge
   **Date Filed:** 01/26/2016

| Date Order/Judgment: | Date NOA Filed: | Date Rec'd BAP: |
|---|---|---|
| 05/27/2016 | 06/03/2016 | 06/07/2016 |

| | | |
|---|---|---|
| 06/28/2016 | 16 | Filed Document(s) Notice of Transcript filed by Appellant Yousif H. Halloum for the following appeals 16-1158, 16-1159, 16-1162, 16-1163, 16-1164, 16-1165 ( forwarded to Bk.Ct. for filing) (VJ) [Entered: 06/30/2016 11:07 AM] |
| 06/29/2016 | 11 | Terminate party from appeal Hilton A Ryder ( not a party to appeal . [16-1158, 16-1159, 16-1162, 16-1163, 16-1164, 16-1165] (VJ) [Entered: 06/29/2016 09:22 AM] |
| 06/29/2016 | 12 | Party: Add Attorney(s) Scott H. McNutt for party(s) Appellee Michael G. Kasolas. [16-1158, 16-1159, 16-1162, 16-1163, 16-1164, 16-1165] (VJ) [Entered: 06/29/2016 09:27 AM] |
| 06/29/2016 | 13 | Party: Add Attorney(s) Alan Scott Koenig for party(s) Appellee BANK MIDWEST, N.A, [16-1159, 16-1158, 16-1162, 16-1163, 16-1164, 16-1165] (VJ) [Entered: 06/29/2016 09:34 AM] |
| 06/29/2016 | 14 | Terminate parties from appeal Michael G. Kasolas, Katzen & Schuricht, Alan Scott Koenig, McCormick Barstow, Scott H. McNutt and Scott McNutt Law Group, LLC ; Michael C. Abel and Hilton A Ryder ( not parties to appeal) [16-1158, 16-1159, 16-1162, 16-1163, 16-1164, 16-1165] (VJ) [Entered: 06/29/2016 09:42 AM] |
| 06/29/2016 | 17 | Filed Document(s) by Appellant Yousif H. Halloum original **copy of transcripts hearing dates September 18, 2013 and April 26, 2016** [16-1158, 16-1159, 16-1162, 16-1163, 16-1164, 16-1165] (VJ) [Entered: 06/30/2016 11:17 AM] |
| 07/06/2016 | 18 | Filed Document(s) by Appellant Yousif H. Halloum original and copies statement of issues and designation of record and Jurisdiction statement ;served on 07/05/2016. Copy forwarded to Bk.Ct--[Edited 07/12/2016 by VJ] (VJ) [Entered: 07/12/2016 02:04 PM] |
| 07/25/2016 | 19 | Filed Clerk's Notice ( Clerk: sms) ;This Clerk's Notice is being issued to allow the trial court the opportunity to "certif [y] in writing that [the appeals are] not taken in good faith". On Monday, August 8, 2016, the Panel will forward the motions for leave to proceed in forma pauperis to the U.S. District Court for its consideration.1 ; dated: 07/25/2016. [16-1158, 16-1159, 16-1162, 16-1163, 16-1164, 16-1165] ( see attached order) (VJ) [Entered: 07/25/2016 02:53 PM] |
| 08/25/2016 | 20 | Filed order (TAYLOR and KIRSCHER); IT IS HEREBY ORDERED THAT: 1. Any party wishing to file joint briefs in these related appeals may do so. 2. Appellant's motion to file informal briefs is GRANTED. [16-1158, 16-1159, 16-1162, 16-1163, 16-1164, 16-1165] ( see attached order) (VJ) [Entered: 08/25/2016 01:22 PM] |
| 08/26/2016 | 21 | Filed order (TAYLOR and KIRSCHER); appellant's motion is hereby TRANSFERRED to the United States District Court for the Eastern District of California for the limited purpose of ruling on appellant's motion. ;. ( see attached order) [16-1158, 16-1159, 16-1162, 16-1163, 16-1164, 16-1165] (VJ) [Entered: 08/26/2016 09:57 AM] |