UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>YOUSIF H. HALLOUM,<br><br>Debtor. | BAP Nos.   EC-16-1158<br>EC-16-1159<br>EC-16-1162<br>EC-16-1163<br>EC-16-1164<br>EC-16-1164 |
| YOUSIF H. HALLOUM,<br><br>Appellant,<br><br>v.<br><br>MICHAEL G. KASOLAS, chapter 7 trustee; et al.,<br><br>Appellants. | Bk. No.     12-21477-C-7<br><br>Dist. Ct. No.  2:16-mc-0153 WBS AC (PS)<br><br><br>ORDER |

   The U.S. Bankruptcy Appellate Panel of the Ninth Circuit has referred the in forma pauperis ("IFP") application of pro se appellant Yousif H. Halloum to the district court for resolution. ECF No. 1 at 1-2. The court is unable to approve the application (ECF No. 2) in its current form, because it does not contain the affidavit (or declaration) required by 28 U.S.C. § 1915(a)(1).

   Accordingly, IT IS HEREBY ORDERED that:

   1. The IFP application (ECF No. 2), is DENIED without prejudice to its renewal in

1 compliance with 28 U.S.C. § 1915(a)(1); and

2     2. The Clerk of the District Court is directed to send appellant the blank IFP form used in

3 district court cases.

4 DATED: September 29, 2016

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE