UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YOUSIF HALLOUM,<br><br>        Appellant,<br><br>   v.<br><br>MICHAEL KASOLAS, et al.,,<br><br>        Appellees. | No. 2:16-mc-00153-MCE-AC<br><br><br><br>FINDINGS AND RECOMMENDATIONS |

On March 6, 2017, this Court issued a Minute Order notifying Appellant Yousif Halloum that he had 30 days to renew his request for IFP status, and that failure to do so would result in a denial of his request and return of this matter to the Bankruptcy Appellate Panel. ECF No. 5. The 30 day deadline has long since passed, and Mr. Halloum has taken no action in this case. The undersigned therefore recommends that this matter be DISMISSED and RETURNED to the Bankruptcy Appellate Panel.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(1). Within twenty one days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Id.; see also Local Rule 304(b). Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Any response to the objections shall be filed with the court and served on all

1

parties within fourteen days after service of the objections. Local Rule 304(d). Failure to file objections within the specified time may waive the right to appeal the District Court's order. Turner v. Duncan, 158 F.3d 449, 455 (9th Cir. 1998); Martinez v. Ylst, 951 F.2d 1153, 1156-57 (9th Cir. 1991).

DATED: June 7, 2017

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE